UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In re Federal National Mortgage Association Securities, Derivative and "ERISA" Litigation** | ) ) ) ) ) ) | **MDL NO. 1668** |
| **In re Fannie Mae Derivative Litigation** | ) ) ) ) | **Consolidated Civil Action No. 1:04-cv-01783** <br><br> **Judge Richard J. Leon** |

### MOTION TO DISMISS BY DEFENDANT J. TIMOTHY HOWARD

Defendant J. Timothy Howard respectfully moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the Consolidated Verified Shareholders' Derivative Complaint in its entirety because: (*i*) Plaintiffs fail to state any claim as to Mr. Howard; and (*ii*) in any event, Plaintiffs lack standing to file this action. The reasons supporting this motion are set forth in the accompanying memorandum of law as well as in Section IV of the Joint Memorandum of Law of Individual Defendants' Motions to Dismiss Consolidated Shareholder Derivative Complaint for Failure to Make Demand and Failure to State a Claim.

Dated:  December 14, 2005				Respectfully submitted,


						/s/ Steven M. Salky_____
						Steven M. Salky (D.C. Bar No. 360175)
						Eric Delinsky (D.C. Bar No. 460958)
						Ellen D. Marcus (D.C. Bar No. 475045)
						ZUCKERMAN SPAEDER LLP
						1800 M Street, N.W.
						Washington, D.C. 20036
						202-778-1800 (telephone)
						202-822-8106 (facsimile)

						*Counsel for Defendant J. Timothy Howard*

**CERTIFICATE OF SERVICE**

    I certify that on December 14, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF.

                                               /s/ Ellen D. Marcus_____
                                               Ellen D. Marcus