UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re Federal National Mortgage Association Securities, Derivative and "ERISA" Litigation | ) ) ) ) ) ) ) | MDL NO. 1668 |
| In re Fannie Mae Derivative Litigation | ) ) ) ) ) ) | Consolidated Civil Action No. 1:04-cv-01783 (RJL)<br><br>Judge Richard J. Leon |

### DEFENDANT FRANKLIN D. RAINES'S MOTION TO DISMISS THE CONSOLIDATED VERIFIED SHAREHOLDERS' DERIVATIVE COMPLAINT FOR <u>FAILURE TO STATE A CLAIM</u>

For the reasons stated in the accompanying memorandum of law, Defendant Franklin D. Raines respectfully moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the Consolidated Verified Shareholders' Derivative Complaint.

Dated: December 14, 2005

Respectfully submitted,

/s/ Kevin M. Downey
Kevin M. Downey (D.C. Bar No. 438547)
Joseph M. Terry (D.C. Bar No. 473095)
Michelle D. Schwartz (D.C. Bar No. 491662)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
202-434-5000 (phone)
202-434-5029 (facsimile)

*Counsel for Defendant Franklin D. Raines*

## CERTIFICATE OF SERVICE

I certify that on December 14, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF.

/s/ Michelle D. Schwartz
Michelle D. Schwartz