UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1688 |
| In re: Fannie Mae Derivative Litigation | Consolidated Civil Action No. 1:04-cv-01783<br><br>Judge Richard J. Leon |

PLEASE TAKE NOTICE that, upon the Consolidated Verified Shareholders' Derivative Complaint For Breach Of Fiduciary Duty, Abuse Of Control, Gross Mismanagement, Constructive Fraud, Corporate Waste, Unjust Enrichment, And Violations Of The Sarbanes-Oxley Act Of 2002, Seeking Equitable Relief And Damages (the "Complaint"), the accompanying Declaration of Robert M. Stern, executed on December 14, 2005, and exhibits thereto, the Request For Judicial Notice In Support Of Motions To Dismiss Consolidated Shareholder Derivative Complaint, and all prior pleadings and proceedings herein, Nominal Defendant Fannie Mae and Defendants Ashley, Korologos, Marron, Duberstein, Swygert, Mulcahy, Malek, Mudd, Pickett, Rahl, Gerrity, and Wulff hereby move this Court for an order pursuant to Fed. R. Civ. P. 12(b)(6), dismissing the Complaint for the reasons set forth in the accompanying Memorandum of Law In Support Of Nominal Defendant Fannie Mae And Certain Individual Defendants' Motion To Dismiss The Consolidated Shareholder Derivative Complaint For Failure To State A Claim Upon Which Relief Can Be Granted.

Dated:  December 14, 2005                           Respectfully submitted,

_____/s/ Earl J. Silbert_____                   _____/s/ Jeffrey W. Kilduff_____
Earl J. Silbert (D.C. Bar No. 053132)                John Beisner (D.C. Bar No. 320747)
Erica Salmon Byrne (D.C. Bar No. 480477)             Jeffrey W. Kilduff (D.C. Bar No. 426632)
DLA Piper Rudnick Gray Cary US LLP                   Robert M. Stern (D.C. Bar No. 478742)
1200 19th Street, NW                                 Natasha Colton (D.C. Bar No. 479647)
Washington, DC  20036                                Michael J. Walsh, Jr. (D.C. Bar No. 483296)
T:  202/861-3900                                     O'Melveny & Myers LLP
F:  202/223-2085                                     1625 Eye Street, N.W.
-and-                                                Washington, DC  20006
John J. Clarke, Jr.                                  T:  202/383-5300
DLA Piper Rudnick Gray Cary US LLP                   F:  202/383-5414
1251 Avenue of the Americas                          -and-
New York, NY  10020-1104                             Seth Aronson
T:  212/835-6000                                     O'Melveny & Myers LLP
F:  212/884-8520                                     400 South Hope Street, 15th Floor
**Counsel to Defendants Stephen B. Ashley, Ann**     Los Angeles, CA  90071-2899
**Korologos, and Donald B. Marron**                  Los Angeles, CA  90071-2899
                                                     T:  213/430-6000
                                                     F:  213/430-6407
                                                     **Counsel to Nominal Defendant Fannie Mae**
                                                     **and Defendants Kenneth Duberstein and H.**
                                                     **Patrick Swygert**

_____/s/ Fred F. Fielding_____              _____/s/ James D. Wareham_____
Fred F. Fielding (D.C. Bar No. 099296)               James D. Wareham (D.C. Bar No. 411799)
Barbara Van Gelder (D.C. Bar No. 265603)             James Anklam (D.C. Bar No. 414122)
Wiley Rein & Fielding LLP                            Carolyn W. Morris (D.C. Bar No. 463865)
1776 K Street, N.W.                                  Paul, Hastings, Janofsky & Walker LLP
Washington, D.C.  20006                              875 15th Street, NW
T:  202/719-7000                                     Washington, DC 20005
F:  202/719-7207                                     T:  202/551-1700
**Counsel to Defendants Anne Mulcahy and**           F:  202/551-1705
**Frederic V. Malek**                                **Counsel to Defendant Daniel H. Mudd**

_____/s/ James Hamilton_____
James Hamilton (D.C. Bar No. 108928)
David I. Ackerman (D.C. Bar No. 482075)
Swidler Berlin LLP
3000 K Street NW, Suite 300
Washington, DC  20007
T:  202/424-7500
F:  202/424-7647
**Counsel to Defendant Joe K. Pickett**

     /s/ Christian J. Mixter     
Christian J. Mixter (D.C. Bar No. 352238)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., NW
Washington, DC  20004
T:  202/739-3000
F:  202/739-3001
-and-
Robert Romano
Bonnie Altro
Morgan, Lewis & Bockius
101 Park Avenue
New York, NY  10178-0060
T:  212/309-6000
F:  212/309-6001
***Counsel to Defendant Tom Gerrity***

     /s/ Rhonda D. Orin     
Rhonda D. Orin (D.C. Bar No. 439216)
Daniel J. Healy (D.C. Bar No. 476233)
Anderson Kill & Olick, P.C.
2100 M Street, NW
Suite 650
Washington, DC  20037
T:  202/218-0049
F:  202/218-0055
-and-
John H. Doyle, III
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020
T:  212/278-1000
F:  212/272-1733
***Counsel to Defendant Leslie Rahl***

     /s/ Glenn B. Manishin     
Glenn B. Manishin (D.C. Bar No. 395724)
Stephanie A. Joyce (D.C. Bar No. 464778)
Kelley Drye & Warren LLP
1200 19th Street, NW
Suite 500
Washington, DC  20036
T:  202/955-9600
F:  202/955-9792
-and-
David E. Barry
William A. Krohley
Christopher C. Palermo
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178-0002
T:  212/808-7800
F:  212/808-7897
***Counsel to Defendant John Wulff***

## **CERTIFICATE OF SERVICE**

I certify that on December 14, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record in this matter who are registered on the CM/ECF.

Kevin M. Downey, Esq.
Joseph M. Terry, Esq.
Michelle Schwartz, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5091

*Counsel for Defendant Franklin D. Raines*

Steven M. Salky
Eric Delinsky
Ellen Marcus
Zuckerman Spaeder LLP
1800 M Street, NW
Washington, DC  20036-5802

*Counsel for Defendant J. Timothy Howard*

Leigh R. Lasky
Lasky & Rifkind, Ltd.
100 Park Avenue
New York, NY  10017

*Counsel for Plaintiff Sidney Horn*

Harvey B. Cohen
John Christopher Pasierb
Cohen, Gettings & Caulkins, P.C.
2200 Wilson Boulevard
Suite 800
Arlington, VA  22201

*Counsel for Plaintiffs Sidney Horn; Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust; Hedda Rudoff, The Lillian Winston 1993 Trust*

Gary Edward Mason
The Mason Law Firm
1225 19th Street, NW
Suite 600
Washington, DC  20036

*Counsel for Plaintiff Richard Mandel*

Douglas Johnston, Jr.
Barrett, Johnston, & Parsley
217 Second Avenue North
Nashville, TN  37201
-and-
Steven A. Skalet
Mehri & Skalet, PLLC
1300 19th Street, NW
Washington, DC  20036-1609

*Counsel for Plaintiff Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust*

Nancy M. Juda
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
1100 Connecticut Avenue, N.W.
Suite 730
Washington, DC  20036
-and-
William S. Lerach
Darren J. Robbins
Byron S. Georgiou
Mary K. Blasy
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
401 B Street, Suite 1700
San Diego, CA  92101

*Counsel for Plaintiff Wayne County Employees' Retirement System*

Lynda J. Grant
Christopher J. Keller
Goodkind Labaton Rudoff & Sucharow LLP
100 Park Avenue
New York, New York 10017

*Counsel for Plaintiff The Lillian Winston 1993 Trust*

Richard D. Greenfield
Greenfield & Goodman LLC
7436 Tour Drive
Easton, Maryland 21601
-and-
David W. Stanley
Cuneo Waldman & Gilbert LLP
317 Massachusetts Avenue, NE
Suite 300
Washington, DC 20002

*Counsel for Plaintiff James Kellmer*

David H. Shapiro
Swick & Shapiro, P.C.
1225 Eye Street
Washington, D.C. 20005
-and-
A. Arnold Gershon
Dwight Yellen
Natalie Marcus
Ballon Stoll Bader & Nadler, P.C.
1450 Broadway – 14th Floor
New York, NY

*Counsel for Plaintiff Jeffrey Bader*

Arthur J. Salzburg
Arthur J. Salzburg & Associates, P.C.
The Air Rights Center North Tower
7315 Wisconsin Avenue Ste. 601N
Bethesda, MD  20814-3202
-and-
Marvin L. Szymkowicz
Diana M. Savit
Savit & Szymkowicz, LLP
The Air Rights Center North Tower
7315 Wisconsin Avenue Ste. 601N
Bethesda, MD  20814-3202
-and-
Peter D. Bull
Joshua M. Lifshitz
18 E. 41st Street
New York, NY  10017

***Counsel to Plaintiff Bernard Stern***

                                                 /s/ Michael J. Walsh, Jr.
                                              Michael J. Walsh, Jr.