UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 3 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| In Re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1688 |
|---|---|
| In Re Fannie Mae Derivative Litigation | Consolidated Civil Action No. 04-1783 (RJL) |

## ORDER

For the reasons set forth in the Memorandum Opinion above, it is this 31st day of May, 2007, hereby

**ORDERED** that defendants' Motions to Dismiss [#135, #136, #137, #138, #139] are **GRANTED**; and it is further

**ORDERED** that defendants' Joint Request for Judicial Notice is hereby **GRANTED**; and it is further

**ORDERED** that the case be dismissed against all defendants.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge