UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re FANNIE MAE DERIVATIVE LITIGATION ) | Master File No. 1:04-CV-01783-RJL |
| ) | |
| ) | **(Consolidated Action)** |
| ) | |
| This Document Relates To: ) | |
| ) | |
| ALL ACTIONS. ) | |
| ) | |

NOTICE OF APPEAL

Notice is hereby given that the Co-Lead Plaintiffs in this action – Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust and Wayne County Employees' Retirement System, suing derivatively on behalf of nominal defendant Federal National Mortgage Association – hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from (a) the May 31, 2007 Order granting defendants' motions to dismiss, granting defendants' Joint Request for Judicial Notice, and dismissing the case against all defendants (entered May 31, 2007), and (b) the accompanying Memorandum Opinion dated May 31, 2007 (entered May 31, 2007).

DATED: June 27, 2007

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
RANDALL J. BARON
A. RICK ATWOOD, JR.
BENNY C. GOODMAN III (D.C. Bar #489187)

*[signature]*
BENNY C. GOODMAN III (D.C. Bar #489187)

655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
NANCY M. JUDA (D.C. Bar # 445487)
1100 Connecticut Avenue, N.W., Suite 730
Washington, DC 20036
Telephone: 202/822-2024
202/828-8528 (fax)

BARRETT, JOHNSTON & PARSLEY
GEORGE E. BARRETT
DOUGLAS S. JOHNSTON, JR.
TIMOTHY L. MILES
217 Second Avenue, North
Nashville, TN 37201-1601
Telephone: 615/244-2202
615/252-3798 (fax)

Co-Lead Counsel for Plaintiffs

- 2 -

O'DONOGHUE & O'DONOGHUE LLP
LOUIS P. MALONE
4748 Wisconsin Avenue, N.W.
Washington, DC  20016
Telephone: 202/362-0041
202/362-2640 (fax)

Additional Counsel for Plaintiffs

S:\CasesSD\Fannie Mae Derv\not00043099.doc

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San Diego, California 92101.

2. That on June 27, 2007, declarant served the **NOTICE OF APPEAL** by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of June, 2007, at San Diego, California.

_____
JANA R. KUSY

FANNIE MAE DERIVATIVE
(LEAD)
Service List - 6/27/2007    (04-0576)
Page 1 of 3

**Counsel For Defendant(s)**

William H. Jeffress, Jr.
Julia E. Guttman
Baker Botts L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
  202/639-7700
  202/639-7890 (Fax)

John J. Clarke, Jr.
DLA Piper US LLP
1251 Avenue of the Americas, 29th Floor
New York, NY 10020-1104
  212/835-6000
  212/835-6001 (Fax)

Earl Silbert
DLA Piper US LLP
1200 Nineteenth Street, N.W.
Washington, DC 20036-2430
  202/861-3900
  202/223-2085 (Fax)

Joseph F. Warin
Antoinette DeCamp
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
  202/955-8500
  202/467-0539 (Fax)

David S. Krakof
Mark W. Ryan
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006
  202/263-3000
  202/263-3300 (Fax)

Seth M. Aronson
O'Melveny & Myers LLP
400 South Hope Street, 15th Floor
Los Angeles, CA 90071-2899
  213/430-6000
  213/430-6407 (Fax)

FANNIE MAE DERIVATIVE (LEAD)
Service List - 6/27/2007   (04-0576)
Page 2 of 3

Michael J. Walsh, Jr.
John H. Beisner
Jeffrey W. Kilduff
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC 20006-4001
  202/383-5300
  202/383-5414 (Fax)

James D. Wareham
Carolyn W. Morris
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, DC 20005
  202/551-1700
  202/551-1705 (Fax)

James Hamilton
Swidler & Berlin
3000 K Street, N.E., Suite 300
Washington, DC 20007-5116
  202/424-7826
  202/424-7643 (Fax)

Paul Rowe
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
  212/403-1000
  212/403-2000 (Fax)

Kevin M. Downey
Joseph M. Terry
Williams & Connolly LLP
725 12th Street, N.W.
Washington, DC 20005
  202/434-5000
  202/434-5029 (Fax)

Steven M. Salky
Eric Delinsky
Carole Yanofsky
Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, DC 20036
  202/778-1800
  202/822-8106 (Fax)

FANNIE MAE DERIVATIVE
(LEAD)
Service List - 6/27/2007    (04-0576)
Page 3 of 3

**Counsel For Plaintiff(s)**

George E. Barrett
Douglas S. Johnston, Jr.
Timothy L. Miles
Barrett, Johnston & Parsley
217 Second Avenue, North
Nashville, TN  37201
  615/244-2202
  615/252-3798(Fax)

Darren J. Robbins
Randall J. Baron
Byron S. Georgiou
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
  619/231-1058
  619/231-7423(Fax)

Nancy M. Juda
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
1100 Connecticut Avenue, N.W., Suite 730
Washington, DC  20036
  202/822-6762
  202/828-8528(Fax)

Louis P. Malone
O'Donoghue & O'Donoghue
4748 Wisconsin Avenue, N.W.
Washington, DC  20016
  202/362-0041
  202/237-1200(Fax)